INTERNATIONAL DIESEL ELECTRIC COMPANY, INCORPORATED, Appellant, *v.* SOLOMON MARCHAK, Defendant. ANDREW R. L. MC-NAUGHTON, Respondent.

Submitted December 3, 1951; decided December 7, 1951.

*Borris M. Komar* for motion.

*Hyman I. Fischbach* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless within ten days from the date of this order appellant files the required undertaking and pays. $10 costs, in which events motion denied. In all other respects the motion is denied. As to that phase of the motion which seeks dismissal upon the ground that the appeal is moot, the denial is without prejudice to a renewal thereof upon the argument.